AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Edward Daniels

APPEARANCE

CASE NUMBER: 1:06-M-29A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edwardes Daniels

I certify that I am admitted to practice in this court.

3/24/06

*Date*

*Signature*

*Print Name* 4678 *Bar Number*

130 [illegible]

*Address*

*City* *State* *Zip Code*

621 [illegible] 331-9503

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.