AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.
Edward Daniels

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Edward Daniel, charged in a ☐ complaint ☐ petition pending in this District with RI in violation of Title 18, U.S.C., 472,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

Edward Daniels
*Defendant*

3/24/06
*Date*

[signature]
*Counsel for Defendant*