**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR No. CR 06 51 ML |
| | * | |
| | * | In violation of 18 U.S.C. |
| EDWARD L. DANIELS | * | §472 |

**INFORMATION**

The United States Attorney charges:

COUNT 1

1. On or about October 1, 2003, in the District of Rhode Island, the defendant, EDWARD L. DANIELS, did, with intent to defraud, pass, utter, publish, and possess, and attempted to pass, utter, publish, and possess, falsely made, forged, counterfeited, and altered obligations and securities of the United States, that is, United States Treasury check no. 4024-6369081, which had been altered from its original amount of $102.96 to $902.96, and which DANIELS knew to be altered.

All in violation of 18 U.S.C. §§472 and 2.

COUNT 2

2. On or about October 3, 2003, in the District of Rhode Island, the defendant, EDWARD L. DANIELS, did, with intent to defraud, pass, utter, publish, and possess, and attempted to pass, utter, publish, and possess, falsely made, forged, counterfeited, and altered obligations and securities of the United States, that is, United States Treasury check no. 2050-

74296538, which had been altered from its original amount of $460.00 to $1460.00, and which DANIELS knew to be altered.

All in violation of 18 U.S.C. §§472 and 2.

COUNT 3

3. On or about October 3, 2003, in the District of Rhode Island, the defendant, EDWARD L. DANIELS, did, with intent to defraud, pass, utter, publish, and possess, and attempted to pass, utter, publish, and possess, falsely made, forged, counterfeited, and altered obligations and securities of the United States, that is, United States Treasury check no. 2050-71694700, which had been altered from its original amount of $813.00 to $1813.00, and which had also been altered from its original payee of "Henry S. Ciotola" to "Edward Daniels," and which DANIELS knew to be altered.

All in violation of 18 U.S.C. §§472 and 2.

COUNT 4

4. On or about September 9, 2003, in the District of Rhode Island, the defendant, EDWARD L. DANIELS, did, with intent to defraud, pass, utter, publish, and possess, and attempted to pass, utter, publish, and possess, falsely made, forged, counterfeited, and altered obligations and securities of the United States, that is, United States Treasury check no. 2305-95182074, in the amount of $454.02, which had been altered from

its original payee of "Travis A. Halliday" to "Edward A. Daniels," and which DANIELS knew to be altered.

All in violation of 18 U.S.C. §§472 and 2.

COUNT 5

5. On or about November 3, 2003, in the District of Rhode Island, the defendant, EDWARD L. DANIELS, did, with intent to defraud, pass, utter, publish, and possess, and attempted to pass, utter, publish, and possess, falsely made, forged, counterfeited, and altered obligations and securities of the United States, that is, United States Treasury check no. 2050-78898391, which had been altered from its original amount of $460.00 to $1460.00, and which DANIELS knew to be altered.

All in violation of 18 U.S.C. §§472 and 2.

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U.S. Attorney