FILED APR 24 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR No. 06-51ML |
| | * | |
| | * | |
| EDWARD L. DANIELS | * | |

**ORDER**

On April 14, 2006, the government filed an Information and Plea Agreement in the above case. Magistrate Judge Almond scheduled an arraignment for April 21, 2006. On that date, the defendant, due to illness brought on by substance abuse, was unable to attend the arraignment. The parties therefore agreed that the time from the filing of the Information until the date that the defendant is actually arraigned be excluded from the calculations of the Speedy Trial Act, 18 U.S.C. §3161(b).

After due consideration, and given the agreement of the parties, it is hereby

**ORDERED**

1. That the defendant's arraignment will be rescheduled until such time as he is physically able to appear; and

2. That the period of time from the filing of the Information until the date of the defendant's actual arraignment is hereby deemed excluded from the Speedy Trial Act pursuant to the following provisions: 18 U.S.C. §3161(h)(1)(A) (delay due to examinations to determine the physical capacity of the defendant), (h)(3)(A)(delay due to the unavailability of the

defendant), and (h)(4)(delay due to the physical inability of the defendant to stand trial), and (h)(8)(A) (delay justified by the ends of justice). Clearly if a defendant is so ill that he cannot be arraigned, a brief continuance to remedy that illness outweighs the interests of the defendant and the public in a speedy trial.

PER ORDER:

Clerk

ENTER:

LINCOLN D. ALMOND
U.S. Magistrate Judge

DATE: 4/24/06