AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Edward Daniels

APPEARANCE

CASE NUMBER: CR-06-51 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edward Daniels

I certify that I am admitted to practice in this court.

5/4/06
*Date*

[signature]
*Signature*

Steven D. [illegible] 4672
*Print Name* *Bar Number*

130 [illegible] St
*Address*

Prov RI 02903
*City* *State* *Zip Code*

(401) 621-9700 401 331-7503
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.