O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
EDWARD L. DANIELS

WAIVER OF INDICTMENT CR 06 51 ML

CASE NUMBER:

I, Edward L. Daniels, the above named defendant, who is accused of uttering altered securities of the United States in violation of 18 U.S.C. Section 472

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/4/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

EDWARD L. DANIELS
Defendant

STEVEN D. DILIBERO, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer USMJ