# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

EDWARD L. DANIELS

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-51ML

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 752-7300 PRIOR TO THE DATE OF HEARING TO SCHEDULE AN APPOINTMENT.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MAY 4, 2006 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 472 AND 2

Brief description of offense:

UTTERING ALTERED SECURITIES OF THE UNITED STATES

Signature of Issuing Officer

May 1, 2006
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 5/4/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Magistrate Court Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/4/06
Date

Burton Stallwood
Name of United States Marshal

Robert [signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served

FILED
2006 MAY -9 A 9:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND