UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

PLAINTIFF

VS

DOCKET NO: CR0651ML

EDWARD DANIELS

JULY 11, 2006

DEFENDANT

DEFENDANT'S MOTION FOR TRANSFER TO THE FEDERAL MEDICAL FACILITY AT FORT DEVENS

The Defendant Edward Daniels through his Counsel moves the Court for an order transferring his custody to the Federal Medical Center, Fort Devens, Massachusetts, because the Defendant cannot obtain adequate medical care at the Wyatt Detention Facility. Wyatt does not have a trained psychiatrist at this facility, only a General Practioner. In addition, this physician will not prescribe the Defendant essential and previously prescribed medications. As an example of the gross incompetence of Dr Reidel, it took him four weeks to reinstate Defendant's Interferon, previously prescribed for serious liver disease. When the Defendant asked for his previously prescribed psychiatric medications, Dr Reidel presented the Defendant with the following sadistic ultimatum: discontinue the Interferon, and Dr Reidel would then prescribe his psychiatric medications. For both psychiatric and medical conditions, the Defendant will require constant monitoring and care unavailable at Wyatt,

that only a proper Medical Facility can provide.

In support thereof Defendant states:

1. On numerous and various dates from May 12 to the present, Defendant has requested, asked and even begged Wyatt Health Services Unit to prescribe and provide previously prescribed, necessary medication. Each time, this was refused, and nothing has been done to address his critical medical needs.

2. The Wyatt General Practitioner, Dr. Reidel will neither prescribe psychiatric medications. In addition, Wyatt has made no effort to have the Defendant seen by a qualified, licensed psychiatrist.

3. The Defendant has, however, consulted with a Dr Cerbo (a psychologist) who agrees with the need for psychiatric medications, but Dr Cerbo does not have prescribing privileges, and can only recommend medication to Dr Reidel, who has chosen not to take these recommendations.

4. Dr Reidel is brusque, adamant and prejudiced against the Defendant, due to the fact that the Defendant is a recovering drug addict, and had to undergo detoxification when he first came to Wyatt.

5. Dr Reidel does not treat this Defendant as a human being during consultations. He discusses the Defendant's court case and unrelated topics, instead of the medical issues. He went so far as to refuse to prescribe an OTC medication (Benadryl) to relieve the Defendant's severe allergies, which

prevented the Defendant from sleeping.

6. The Defendant is extremely anxious, very depressed, and exhausted due to lack of sleep. Due to this, the Defendant easily becomes irritable, and this creates problems in the prison environment.

7. The US Marshals have been made aware of this problem numerous times. In addition, the Defendant's attorney has also addressed this issue with Wyatt management and the US Marshals. The Marshals have called the Health Services Unit at Wyatt, and yet, the Defendant still is refused necessary medications. To date, Mr Daniels has not been seen by a psychiatrist at Wyatt. Neither his psychiatric or medical issues have been properly addressed. Court intervention is therefore the only remedial course of action.

8. Mr Daniels is receiving neither appropriate psychiatric, nor medical treatment at Wyatt Detention Facility, and the only prudent course is an immediate transfer to the Federal Medical Center at Fort Devens.

Please mark up for Hearing on July 25, 2006.

The Defendant

Edward Daniels pro se

Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid on July 10, 2006.

cc: Terrence P. Donnelly, Esq.
Assistant United States Attorney