UNITE States District Court, for the District of Rhode Island

United States

51-01-ML

Vs. Cr. No. 06-00000501 ML

E. DANIELS

# Notice of Appeal

Now Comes,

the defendant, Edward Daniels, - Pro-Se, and files a Notice of appeal of the Sentence handed Down on Nov. 30. 06 In the above Entitled Matter. The defendant also states that he is Indigent and without funds to pay for this appeal, and asks this Court to please send the proper forms for this purpose.

Respectfully Submitted,
Edward Daniels
Edward Daniels

Wyatt Detention facility, 950 High Street C.F. RI. 02863

Certification =

I, Edward Daniels, herby state and Certify, that on December 3, 2006, I mailed first class mail postage Pre-Paid A Copy of this Notice of Appeal To: A.U.S.A. Terrence P. Donnelly, U.S. Attorney's office, 50 Kennedy. plaza, providence, RI, 02903,

= (Certification.)

cc: Self,
A.USA. Donnelly