UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLand

| | |
|---|---|
| U.S, v.S Daniels | CR-06-0051-01-ML |

# MoTioN To APPoINT Coucel.

Now Comes.

The defendant IN the Above entitled Case who moves this Honorable Court to Allow His MoTioN To Appoint Councel for his Sentencing Appeal. defendant States he is Indigent and without Funds To pay for an ATTorney.

Respectfully Submitted.
Edward Daniels [signature]
WYATT Detention facility. Edward DANiels 14339 038

Dec. 19, 2006

ATT: CLERK OF COURTS
U.S. DISTRICT COURT for the
DISTRICT OF Rhode Island
Office of the Clerk
Providence, RI 02903-1779

RE: U.S. Vs. DANIELS
CR-06-0051-01-ML.

Dear Sir, Madam.

Please find Enclosed for filing and docketing My MOTION TO Appoint Councel For My Sentencing Appeal. I have already sent a Certified affidavit of Indigency TO Proceed In forma Papures. IN the above Matter.

Could you please kindly put my MOTION with those papers please!

Thank You very much for your Time In this Matter!

Sincerely, Edward Daniels
Wyatt Detention Facility
950 High Street,
Central Falls, RI 02863.

I hereby mailed a Copy postage prepaid from the Wyatt Detention facility to the US District Court District of Rhode Island and the US attorney Dec. 19. 2006.