MANDATE

# United States Court of Appeals
## For the First Circuit

06-00051
USDC RI
Judge Lisi

No.06-2736

UNITED STATES,

Appellee,

v.

EDWARD L. DANIELS,

Defendant - Appellant.

---

**JUDGMENT**

Entered: February 21, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2\21\08

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Joshua Gordon, Esq., Donald Lockhart, AUSA, Edward Daniels]